AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

A B C I P L L C, et al.
Plaintiff

v.

BILSON ARMS L L C , et al.
Defendant

Civil Action No. 6:26−CV−02780−SMH−CBW
Judge S Maurice Hicks, Jr

## SUMMONS IN A CIVIL ACTION

To:
**John W Angers**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Matthew Turney Habig**
**Plauche Maselli Parkerson**
**701 Poydras St Ste 3800**
**New Orleans, LA 70139**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 7/29/2026

/s/ − Daniel J. McCoy

6:26−CV−02780−SMH−CBW

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **John W Angers** was received by me on *(date)*________________________________.

- I personally served the summons on **John W Angers** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

A B C I P L L C, et al.<br>Plaintiff<br>v.<br><br>BILSON ARMS L L C , et al.<br>Defendant

) Civil Action No. 6:26−CV−02780−SMH−CBW
) Judge S Maurice Hicks, Jr

## SUMMONS IN A CIVIL ACTION

To:
**Bilson Arms L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Matthew Turney Habig**
**Plauche Maselli Parkerson**
**701 Poydras St Ste 3800**
**New Orleans, LA 70139**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 7/29/2026

/s/ − Daniel J. McCoy

6:26−CV−02780−SMH−CBW

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Bilson Arms L L C** was received by me on *(date)*_______________________________.

- I personally served the summons on **Bilson Arms L L C** at *(place)*___________________________ _____________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ _________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc: